IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORY PAIGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-858-SMY-RJD |
| | ) |
| KIMBERLY BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Reona J. Daly (Doc. 54) recommending the denial of Defendants Butler, Mathis, Pierce, Smolak, Caron and Howell's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Doc. 39). No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED** in its entirety.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff has exhausted his available administrative remedies regarding his claims in this matter. The Court fully agrees with Judge Daly's findings, analysis and conclusions, and accordingly, adopts her

Report and Recommendation.

**IT IS SO ORDERED.**

**DATED: August 24, 2018**

<span style="margin-left: 3em;">**s/ Staci M. Yandle**
**STACI M. YANDLE**
**United States District Judge**</span>